Certificate Number: 16339-AZ-DE-031323267

Bankruptcy Case Number: 18-07681


16339-AZ-DE-031323267

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>July 15, 2018</u>, at <u>4:07</u> o'clock <u>PM EDT</u>, <u>Courtney Farmer</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Arizona</u>.

Date: <u>July 15, 2018</u>

By: <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>